UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | | |
|---|---|---|
| HEATHER MARSON, as court appointed guardian on behalf of Emmit Johnson,<br><br>Plaintiff,<br><br>-vs.-<br><br>ESTELLINE SCHOOL DISTRICT,<br>,<br><br>Defendant. | * | 1:26-cv-1011-CBK<br><br>ORDER AND OPINION |

Plaintiff has filed what is called an opening brief and response to defendants (sic) answer (Doc. 15). The document consists of 43 pages and is very likely a product of artificial intelligence. It is an abuse of process and filed in clear violation of Rule 7 of the Federal Rules of Civil Procedure. Rule 7 (a) provides: "Pleadings. Only these pleadings are allowed: (1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counter-claim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) if the court orders one, a reply to an answer." Plaintiff has filed no motion and no supporting brief. Nor has the Court *sua sponte* ordered any reply to the answer filed by the defendant. Nor would the court allow such a document. It should be stricken and totally disregarded.

NOW THEREFORE, IT IS ORDERED AS FOLLOWS:

(1) Doc. 15 was filed in clear violation of the Federal Rules of Civil Procedure, is an abuse of process, and is to be totally disregarded by the Court and by the defendant.

(2) The plaintiff shall file no further documents or pleadings in violation of the Federal Rules of Civil Procedure.

(3) An attorney filing such a document would be sanctioned financially but that will not be done for this one violation by a *pro se* plaintiff.

Dated this 16th day of November, 2026.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge